**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1561

PETER HRONEK,

Plaintiff - Appellant,

versus

THE STATE OF MARYLAND,

Respondent - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:06-cv-00492-RDB)

Submitted: September 26, 2006      Decided: September 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Peter Hronek, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Peter Hronek appeals the district court's order granting his motion for leave to proceed in forma pauperis and sua sponte dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hronek v. Maryland, No. 1:06-cv-00492-RDB (D. Md., Apr. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED